IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MAURICIO ARCHIE VARELA,**

        Petitioner,

vs.                          Civ. No. 07-0456 BDB/LCS

**STANLEY MOYA, Warden,**
And the Attorney General of the
State of New Mexico,

        Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed December 21, 2005. (Doc. 24.) Petitioner filed objections on January 28, 2008. (Doc. 28.) Pursuant to 28 U.S.C. § 636(b)(1), I have conducted a de novo review of the entire file and find Petitioner's objections, which raise new issues not in his petition or addressed by the Magistrate Judge, to be without merit.

**WHEREFORE,**

**IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed December 21, 2005 (Doc. 24) are adopted by the Court.

A Judgment consistent with this Order shall be issued forthwith.

**IT IS SO ORDERED.**

                                            _____
                                            **UNITED STATES DISTRICT JUDGE**